UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3488

Filed: February 23, 2004

CLYDELL MACK

      Plaintiff - Appellant

v.

REGINALD A. WILKINSON; MONA PARKS

      Defendants - Appellees

C-1-01-107
Weber

**MANDATE**

Pursuant to the court's disposition that was filed 2/2/04 the mandate for this case hereby issues today.

A True Copy.

Attest:

COSTS: NO COSTS TAXED

Filing Fee ...........$
Printing .............$

    Total ..........$

Robin Duncan
      Deputy Clerk