FILE COPY

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

| | | |
|---|---|---|
| LEONARD GREEN<br>CLERK | | DEBRA COOK<br>(513) 564-7043<br>www.ca6.uscourts.gov |

FILED
JAMES BONINI
CLERK

04 MAR -1 PM 1:19

Filed: March 1, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 03-3488
Mack vs. Wilkinson
District Court No. 01-00107

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3488] . Volumes included: 1 Pl; 6 Tr;.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

3-1-04
Date

Very truly yours,
Leonard Green, Clerk

Deb Cook
Records Management Deputy